UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEONTAE LAMAR SHAW, #869514,

        Plaintiff,                     Case No. 16-cv-11398
                                            Hon. Matthew F. Leitman

v.

OAKLAND COUNTY JAIL,

        Defendant.
_____/

## OPINION AND ORDER OF DISMISSAL

    The Court has before it Plaintiff Keontae Lamar Shaw's pro se civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff, a state prisoner confined at the Saginaw Correctional Facility in Freeland, Michigan, sues the Oakland County Jail alleging that he contacted a staph infection from another prisoner while confined at that facility. He asserts a violation of his Eighth Amendment rights and sues the Oakland County Jail in its official capacity for monetary damages. At the time he filed his complaint, Plaintiff did not pay the filing fee nor submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed application to proceed without prepayment of the filing fee, consisting of an Application to Proceed without Prepayment of Fees

and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a Statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, within 30 days – by May 23, 2016. The order provided that if Plaintiff did not do so, his case would be dismissed.

Plaintiff has failed to correct the filing fee/application deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his civil rights complaint. This case is closed.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113